UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD F. STRUNK,
    Plaintiff,

v.                                     CIVIL ACTION NO. 18-11007-NMG

CITY OF BEVERLY,
POLICE DEPARTMENT and
RYAN P. HAGGERTY,
    Defendants.

REPORT AND RECOMMENDATION ON
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTS (#13).[1]

KELLEY, U.S.M.J.

    Having granted Defendants' Motion to Remove Default (#17) this date, I RECOMMEND that Plaintiff's Motion for Default Judgments (#13) be DENIED.

Review by the District Judge.

    The parties are hereby advised that any party who objects to this recommendation must file specific written objections with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The objections must specifically identify the portion of the recommendation to which objections are made and state the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated

---

[1] Plaintiff's Motion for Default Judgments (#14) has also been referred to the undersigned. Because this motion is identical to Plaintiff's Motion for Default Judgments (#13), I RECOMMEND that it be stricken as being duplicative.

that failure to comply with Rule 72(b), Federal Rules Civil Procedure, shall preclude further appellate review. *See Keating v. Secretary of Health & Human Servs.*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

|  |  |
|---|---|
| August 30, 2018 | /s/ M. Page Kelley<br>M. Page Kelley<br>United States Magistrate Judge |